```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

            SEP 1 2 2013

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 2:11-cr-058-JAD-CWH<br>) |
| PHILLIP SMITH, | )<br>) |
| Defendant. | ) ORDER<br>) |

On September 12, 2013, the Court granted Bret O. Whipple, Esq's "Motion to Withdraw as Appointed Counsel of Record" (#111). Therefore;

IT IS HEREBY ORDERED that Richard E. Tanasi, Esq. is appointed as counsel for Phillip Smith in place of Bret O. Whipple, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Whipple shall forward the file to Mr. Tanasi forthwith.

DATED this 12th day of September, 2013.

Nunc Pro Tunc Date: September 10, 2013.

C. W. HOFFMAN, JR.,
United States Magistrate Judge