# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cr-00058-JAD-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PHILLIP SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Phillip Smith's Motion to Dismiss Indictment (doc. # 181), filed November 19, 2014. Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Indictment (doc. # 181) is **denied without prejudice**.

DATED: November 20, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**