# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:11-cr-00058-JAD-CWH |
| Plaintiff | **Order Denying as Moot Motion to Return Seized Property and for Manifest/Description of Items in Federal Custody** |
| v. | |
| Phillip Smith, | [ECF No. 258] |
| Defendant | |

Defendant Phillip Smith pled guilty with a plea agreement to seven counts of Hobbs Act Robbery and one count of conspiracy to commit Hobbs Act Robbery, and he is serving nearly 20 years for these offenses. That sentence is running concurrently with a state-court sentence.[1] Although Smith titles his motion "Motion to Return Seized Property and for Manifest/Description of which Items are in Federal Custody," he truly asks only for an item manifest because he "cannot identify or specify any of the items he would like to request without a court order" requiring the "government to present a list of items in their custody" to him.[2] Because the government provided the requested manifests in response to this motion, I no longer need to order government counsel to do so—Smith has obtained the relief he sought by this motion.

Accordingly, IT IS HEREBY ORDERED that Smith's "Motion to Return Seized Property and for Manifest/Description of which Items are in Federal Custody" **[ECF No. 258] is DENIED** as moot.

DATED: November 29, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 257.

[2] *Id.* at 2 (emphasis removed).